**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2275**

In Re:  ANTOINE HILL,

                    Petitioner.

On Petition for Writ of Mandamus.
(3:07-cr-00407-REP-1; 3:10-cv-00772-REP)

Submitted:  March 23, 2012          Decided:  March 28, 2012

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

Antoine Hill, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antoine Hill petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C.A. § 2255 (West Supp. 2011) motion. He seeks an order from this court directing the district court to act, and has filed an application to proceed in forma pauperis. Our review of the district court's docket reveals that the district court has ruled on Hill's § 2255 motion. Accordingly, although we grant Hill's in forma pauperis application, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

2